**David KIERST, Juvenile Officer, Respondent,**

v.

**F.S., Appellant.**

No. WD 52861.

Missouri Court of Appeals,
Western District.

April 1, 1997.

Madonna Limberg, Kansas City, for appellant.

Mary Marquen, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

F.S., a juvenile, appeals the circuit court's judgment of conviction of second degree assault. We affirm. Rule 30.25(b).